UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, Plaintiff, v. ROBERTO RODRIGUEZ, Defendant. | NO: 2:21-CR-0046-TOR-1<br><br>ORDER DISMISSING INDICTMENT WITH PREJUDICE |
|---|---|

BEFORE THE COURT is the government's oral Motion to Dismiss Indictment with Prejudice. The Government seeks to dismiss the indictment in this matter pursuant to the Plea Agreement in case no. 2:21-CR-0043-TOR-2. For good cause shown, the Court grants the motion.

**Accordingly, IT IS HEREBY ORDERED**:

1. The government's oral Motion to Dismiss Indictment with Prejudice is **GRANTED**.

ORDER DISMISSING INDICTMENT WITH PREJUDICE ~ 1

2. All pending motions are **DENIED as moot** and all pending hearing and trial dates are stricken from the Court's calendar.

The District Court Executive is hereby directed to enter this Order and provide copies to counsel, the U.S. Probation Office, and the U.S. Marshal's Service.

**DATED** October 26, 2023.



THOMAS O. RICE
United States District Judge

ORDER DISMISSING INDICTMENT WITH PREJUDICE ~ 2